**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**PHILLIP DEWAYNE STEWART,
ADC #151956**                                                                                                         **PLAINTIFF**

**V.**                                     **CASE NO. 5:16-CV-129-KGB-BD**

**PAMELA ARMOSTER**                                                             **DEFENDANT**

**RECOMMENDED DISPOSITION**

**I.**       **Procedures for Filing Objections**

This Recommended Disposition ("Recommendation") has been sent to Judge Kristine G. Baker. Mr. Stewart may file written objections to this Recommendation. Objections must be specific and must include the factual or legal basis for the objection. To be considered, objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record. By not objecting, Mr. Stewart may also waive any right to appeal questions of fact.

**II.**      **Background**

On April 27, 2016, Plaintiff Phillip Dewayne Stewart, an Arkansas Department of Correction inmate, filed this action under 42 U.S.C. § 1983. (Docket entry #2) Because of his litigation history, Mr. Stewart is not eligible proceed *in forma pauperis* (IFP) in

federal court absent allegations that he is in imminent danger of serious physical injury.[1] Here, Mr. Stewart did not plead sufficient facts for the Court to conclude that he was in imminent danger.

The Court allowed Mr. Stewart thirty days to pay the $400 filing fee necessary to proceed with the lawsuit. (#4) Mr. Stewart was specifically cautioned that his failure to pay the filing fee could result in dismissal of his claims, without prejudice.

Mr. Stewart appealed the denial of his IFP application to Judge Baker. (#4, #7) On August 29, 2016, Judge Baker denied Mr. Stewart's appeal and gave him thirty days to pay the filing fee. (#12) Although Mr. Stewart filed an objection to Judge Baker's Order (#13), he did not pay the filing fee, as ordered.

### III. Conclusion

The Court recommends that Mr. Stewart's claims be DISMISSED, without prejudice, for failure to comply with the Court's August 29, 2016 Order to pay the filing fee.

DATED this 4th day of October, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The following dismissals constitute "strikes" for purposes of 28 U.S.C. § 1915(g): *Stewart v. Evans*, E.D. Ark. Case No. 5:16cv81 (dismissed March 24, 2016); *Stewart v. Hobbs, et al.*, W.D. Ark. Case No. 6:15cv6023 (dismissed Jan. 26, 2016); *Stewart v. Murphy, et al.*, W.D. Ark. Case No. 6:14cv6077 (dismissed March 15, 2015); and *Stewart v. Hobbs, et al.*, E.D. Ark. Case No. 5:13cv381 (dismissed Jan. 31, 2014).