IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**PHILLIP DEWAYNE STEWART**                                                                                           **PLAINTIFF**
**ADC #151956**

v.                              Case No. 5:16-cv-00129 KGB-BD

**PAMELA ARMOSTER**                                                                                                    **DEFENDANT**

## JUDGMENT

Consistent with the order that was entered this day, it is considered, ordered, and adjudged that this case is hereby dismissed without prejudice.

It is so ordered this 6th day of December, 2016.

KRISTINE G. BAKER
UNTED STATES DISTRICT COURT JUDGE